HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:00-cr-05339 REC |
| Plaintiff, | **APPOINTMENT ORDER** |
| vs. | |
| ROY ALLEN GREEN, | |
| Defendant. | |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent this defendant-movant, ROY ALLEN GREEN, to determine whether he may qualify for relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of the Supreme Court's decision in *Johnson v. United States,* 135 S. Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition.  Due to a conflict, the Federal Defender respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney

Krista Hart
Law Office of Krista Hart
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
Email: kristahartesq@gmail.com

be appointed counsel for Mr. Green for Johnson matters, further proceedings in district court,

and any resulting appeal.

Dated: May 26, 2016						Respectfully submitted,

								HEATHER E. WILLIAMS
								Federal Defender

								/s/ Charles J. Lee
								CHARLES J. LEE
								Assistant Federal Defender
								Branch Chief, Fresno Office

    I accept the appointment and ask the order to be granted.

Dated: May 26, 2016						/s/ Krista Hart
								KRISTA HART
								Attorney At Law

**O R D E R**

IT IS SO ORDERED.

    Dated:   **May 26, 2016**			    **/s/ Lawrence J. O'Neill**
								UNITED STATES CHIEF DISTRICT JUDGE