# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ROY ALLEN GREEN,<br><br>          Defendant. | CASE NO. 1:00-CR-05339-LJO<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(ECF NO. 18) |

On June 23, 2016, appointed counsel filed a motion to vacate, set aside, or correct Petitioner Roy Allen Green's sentence (ECF No. 18), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). Accordingly,

**IT IS HEREBY ORDERED** that from the date of Petitioner's filing, the government shall file a response to Petitioner's Section 2255 Motion within **60 days** (*on or before August 22, 2016*). From the date of the Government's filing, the FDO shall have **60 days** to file a reply.

IT IS SO ORDERED.

Dated:   **July 5, 2016**              /s/ Lawrence J. O'Neill
                                           UNITED STATES CHIEF DISTRICT JUDGE