**Gail Ivens** (Bar No. 116806)
Attorney-at-Law
P.O. Box 664
King City, CA 93930
Tel.: (213) 247-5282
Email: g.ivens.attorney@gmail.com

Counsel for Defendant
Roy Allen Green

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:00-CR-05339-1-NONE |
| Plaintiff, | ORDER |
| v. | |
| ROY ALLEN GREEN, | |
| Defendant. | |

On July 6, 2021, Defendant Green requested a 60-day extension of time to file any supplement to his pro se motion for compassionate release.

Good cause appearing, defendant's request for an extension is granted. The new date for filing any supplement is now September 7, 2021.

IT IS SO ORDERED.

Dated: __**July 7, 2021**__

_____
UNITED STATES DISTRICT JUDGE