Gail Ivens (Bar No. 116806)
Attorney-at-Law
P.O. Box 664
King City, CA 93930
Tel.: (213) 247-5282
Email: g.ivens.attorney@gmail.com

Counsel for Defendant
Roy Allen Green

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROY ALLEN GREEN,<br><br>Defendant. | 1:00-cr-05339-1-NONE<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME |

On September 7, 2021, Defendant Green requested a 45-day extension of time to file any supplement to his pro se motion for compassionate release.

IT IS HEREBY ORDERED that defendant's request for an extension is granted. The new date for filing any supplement is now October 22, 2021.

IT IS SO ORDERED.

Dated:  **September 8, 2021**                        _Dale A. Drozd_
                                                                    UNITED STATES DISTRICT JUDGE