**Gail Ivens** (Bar No. 116806)
Attorney-at-Law
P.O. Box 664
King City, CA 93930
Tel.: (213) 247-5282
Email: g.ivens.attorney@gmail.com

Counsel for Defendant
Roy Allen Green

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:00-CR-05339-1-NONE |
| Plaintiff, | **ORDER** |
| v. | |
| ROY ALLEN GREEN, | |
| Defendant. | |

On October 25, 2021, Defendant Green requested a 30-day extension of time to file any supplement to his pro se motion for compassionate release and also requested leave to file the request late.

IT IS HEREBY ORDERED that defendant's request for leave to file a late extension of time request is granted. The extension of time is also granted. The new date for filing any supplement is now November 22, 2021.

IT IS SO ORDERED.

Dated:   **October 25, 2021**

UNITED STATES DISTRICT JUDGE